| | |
|---|---|
| 1 | Jody A. Landry, Bar No. 125743 |
| 2 | jlandry@littler.com<br>Sarah Boxer, Bar No. 322393 |
| 3 | sboxer@littler.com<br>LITTLER MENDELSON, P.C. |
| 4 | 501 W. Broadway, Suite 900<br>San Diego, California  92101.3577 |
| 5 | Telephone:  619.232.0441<br>Fax No.:      619.232.4302 |
| 6 | Attorneys for Defendant |
| 7 | RETAIL SERVICES WIS CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CRAVENS and TONYA BEARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RETAIL SERVICES WIS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-02313-GPC-MMP<br><br>**JOINT MOTION FOR DISMISSAL AND APPROVAL OF FLSA SETTLEMENT [*Filed Concurrently with Proposed Order]*<br><br>Action Date:  December 19, 2023 |

**TO THE HONORABLE GONZALO P. CURIEL AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Christina Cravens and Tonya Bearden ("Plaintiffs") and Defendant Retail Services WIS Corporation ("Defendant") (collectively the "Parties"), by and through their counsel of record, request dismissal of Plaintiffs' Complaint (the "Action") in its entirety as set forth below.

Defendant denies Plaintiffs' claims in their entirety or that they are entitled to any of the relief that they seek. In order to avoid the expense and inconvenience of further proceedings, however, it is the intention of the Parties to fully, finally, and forever resolve, compromise, and settle Plaintiffs' individual claims and any and all claims, charges, disputes, grievances, and complaints, suspected and unsuspected, known and unknown, that Plaintiffs may have against Defendant.

The Parties request that the Court dismiss with prejudice all of Plaintiffs' individual causes of action against all parties in the Action. As part of this Request for Dismissal, Plaintiffs, through their attorneys of record, affirm that the Court did not waive court fees or costs for a party in this case.

The Parties request that the Court dismiss all of the Federal Rule of Civil Procedure Rule 23 claims and/or the collective claims raised without prejudice. No Rule 23 class has been certified, and no motion for conditional certification has been filed.

The Parties also seek Court approval of the dismissal with prejudice of Plaintiffs' individual claims under the Fair Labor Standards Act (FLSA). The Parties represent that they have reached a fair compromise of the disputed claims and that Plaintiffs have been compensated for any amount they could have reasonably received pursuant to their FLSA claims, along with consideration for attorneys' fees and costs. The Parties further stipulate that no party is the prevailing party in this Action and no party will seek any additional costs, attorneys' fees or expense. Because the Parties have agreed to keep confidential the terms of Plaintiffs' Settlement Agreements, they will lodge the

Settlement Agreements with the Court, should that become necessary. No individuals have opted in to the FLSA Action.

**IT IS SO STIPULATED**.

**SIGNATURE ATTESTATION**

It is attested that all signatories listed below and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing, including the use of s/ electronic signatures.

Dated: July 31, 2024                    LITTLER MENDELSON, P.C.

                                                s/ *Sarah Boxer*
                                               Jody A. Landry
                                               Sarah Boxer
                                               Attorneys for Defendant
                                               RETAIL SERVICES WIS CORPORATION

Dated: July 31, 2024

                                               s/ *Kevin A. Todd*
                                               John J. Ziegelmeyer
                                               Brad K. Thoenen
                                               Kevin A. Todd
                                               Cecilia N. Brennan
                                               HKM EMPLOYMENT ATTORNEYS LLP
                                               Attorneys for Plaintiffs CHRISTINA CRAVENS AND TONYA BEARDEN