1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTINA CRAVENS and TONYA BEARDEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RETAIL SERVICES WIS CORPORATION, a Delaware corporation,

Defendant.

Case No. 3:23-cv-02313-GPC-MMP

**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND APPROVAL OF FLSA SETTLEMENT**

Action Date: December 19, 2023

1

## **<u>ORDER</u>**

2      IT IS HEREBY ORDERED that case number 3:23-CV-02313-GPC-MMP, and

3   all causes of action and all parties in the Action set forth in the Complaint and Plaintiffs'

4   Fair Labor Standards Act ("FLSA") claims are dismissed with prejudice. The collective

5   FLSA and Rule 23 claims are dismissed without prejudice.

6   **IT IS SO ORDERED.**

7   Dated:  August 1, 2024

8                                                    Hon. Gonzalo P. Curiel

9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4879-5937-0707.1 / 094133-1066
ORDER GRANTING JOINT MOTION FOR
DISMISSAL AND APPROVAL OF FLSA            2                    3:23-CV-02313-GPC-MMP
SETTLEMENT